IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALONZA BAKER, JR., *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al.*, | : | |
| Defendants. | : | No. 05-1562 |
| | : | |

### ORDER

**AND NOW**, this **26th** day of **October**, **2009**, upon consideration of Defendants' motions for summary judgment, Plaintiffs' responses thereto, Defendants' replies, and for the reasons set forth in this Court's memorandum dated October 26, 2009, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment as to McNeil's claims (Document No. 48) is **GRANTED**.

2. Defendants' Motion for Summary Judgment as to Jenkins's claims (Document No. 50) is **GRANTED**.

3. Defendants' Motion for Summary Judgment as to Washington's claims (Document No. 52) is **GRANTED**.

4. Defendants' Motion for Summary Judgment as to Greenwood's claims (Document No. 54) is **GRANTED**.

5. Defendants' Motion for Summary Judgment as to Baker's claims (Document No. 56) is **GRANTED**.

6.  The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**
